1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHEAL JONATHON DANIELS, | Case No. 2:10-CV-00630-FCD-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING DOCUMENTS PRODUCED IN DISCOVERY** |
| v. | |
| CITY OF FOLSOM, SERGEANT ANDREA CHAPMAN, POLICE CHIEF SAM SPIEGEL, SHARON BLACKBURN, SERGEANT RICK HILLMAN, FOLSOM POLICE DEPARTMENT FIELD OPERATIONS DIVISIONS CAPTAIN PAUL BONAVENTURE, CITY MANAGER KERRY MILLER, OFFICER WARNER HERNDON, OFFICER C. FRIEDERICH, OFFICER JAMES DORRIS, OFFICER H.R. ALVAREZ, OFFICER PAUL RICE, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, the parties shall each provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a);

WHEREAS, Federal Rule of Civil Procedure 26(e) requires a party who has made a disclosure under Rule 26(a) – or who has responded to an interrogatory, request for production, or request for admission – to supplement or correct its disclosure or response: a) in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or b) as ordered by the court;

WHEREAS, all discovery in this case shall be completed by January 9, 2012;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that all documents produced in discovery will be considered disclosed for the purposes of supplementing the parties' initial disclosures under Fed. R. Civ. P. 26(e).

Respectfully submitted,

Dated:  March 23, 2011    ROSEN, BIEN & GALVAN, LLP

By:   */s/ Sumana Cooppan* (as authorized on March 23, 2011)
SUMANA COOPPAN
Attorneys for Plaintiff

Dated:  March 23, 2011    ANGELO, KILDAY & KILDUFF

By:   */s/ Carrie A. Frederickson* (as authorized on March 23, 2011)
CARRIE A. FREDERICKSON
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED: April 1, 2011.

UNITED STATES MAGISTRATE JUDGE

014;dani0360.stip

1