SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
LESLIE C. MEHTA – 258512
SUMANA COOPPAN – 267967
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California  94104-4166
Telephone:   (415) 982-2600
Facsimile:   (415) 358-4562

Attorneys for Plaintiff MICHEAL JONATHON DANIELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL JONATHON DANIELS,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF FOLSOM, SERGEANT ANDREA CHAPMAN, POLICE CHIEF SAM SPIEGEL, SHARON BLACKBURN, SERGEANT RICK HILLMAN, FOLSOM POLICE DEPARTMENT FIELD OPERATIONS DIVISIONS CAPTAIN PAUL BONAVENTURE, CITY MANAGER KERRY MILLER, OFFICER WARNER HERNDON, OFFICER C. FRIEDERICH, OFFICER JAMES DORRIS, OFFICER H.R. ALVAREZ, OFFICER PAUL RICE, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:10-CV-00630-GEB-JFM<br><br>**STIPULATION TO EXTEND DEADLINES TO COMPLETE DISCOVERY AND [PROPOSED] ORDER THEREON** |

[615907-2]

**IT IS HEREBY STIPULATED** by and between plaintiff Micheal Jonathon Daniels ("Plaintiff"), through his counsel of record, and defendants City of Folsom, Sergeant Andrea Chapman, Police Chief Sam Spiegel, Sharon Blackburn, Sergeant Rick Hillman, Folsom Police Department Field Operations Divisions Captain Paul Bonaventure, City Manager Kerry Miller, Officer Warner Herndon, Officer C. Friederich, Officer James Dorris, Officer H.R. Alvarez, Officer Paul Rice ("Defendants") (collectively, the "Parties"), through their counsel of record, as follows:

The above is stipulated to by the respective counsel for the **PARTIES** as follows:

1. The parties have agreed to participate in a mediation of this matter before Honorable Fred K. Morrison (Ret.) of JAMS, 2520 Venture Oaks Way, Suite 400, Sacramento, CA 95833, which is scheduled for April 16, 2012. In an effort to minimize costs incurred prior to mediation, the parties have agreed to continue the deadlines to complete outstanding discovery matters, as outlined below, subject to the Court's approval. The parties have agreed on a set of deadlines to which the relevant discovery deadlines shall be continued to allow discovery to be completed, without requiring a change in the Pretrial Conference or the Trial Date in this matter.

2. Pursuant to Local Rule 144(b), the parties have previously obtained one extension of time with respect to the Scheduling Order in this matter. It was filed on December 27, 2011 [*See* Docket No. 23, Stipulation and [Proposed] Order Regarding Continuance of Trial Date and Extension of All Discovery and Dispositive Motion Deadlines], approved by the Court on January 5, 2012 [*See* Docket No. 24, Minute Order], except that the Pretrial Conference was rescheduled to December 10, 2012 at 1:30 p.m., the Pretrial Statement was rescheduled for seven days prior to the revised hearing date, and the Trial Date was rescheduled to March 12, 2013 at 9:00 a.m.

3. THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications of the discovery deadlines in this matter, without altering the Final Pretrial Conference or Trial Date in this matter:

| EVENT | CURRENT DEADLINE | NEW DATE SOUGHT |
|---|---|---|
| Close of Fact Discovery | June 4, 2012 | **July 3, 2012** |
| Deadline for Expert Disclosure and Reports | June 18, 2012 | **July 17, 2012** |
| Deadline for Rebuttal Expert Disclosures and Reports | July 9, 2012 | **August 8, 2012** |
| Close of Expert Discovery | August 10, 2012 | **September 12, 2012** |
| Last day for Court to Hear All Dispositive Motions (except motions for continuances, temporary restraining orders or other emergency applications) | October 22, 2012 | **No Change** |
| Final Pretrial Conference | December 10, 2012 at 1:30 p.m. | **No Change** |
| Trial Begins | March 12, 2013 at 9:00 a.m. | **No Change** |

DATED: April 3, 2012            Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP


By: */s/ Sanford Jay Rosen*
    Sanford Jay Rosen

Attorneys for Plaintiff MICHEAL JONATHON DANIELS

DATED: April 3, 2012            ANGELO, KILDAY & KILDUFF


By: */s/ Bruce A. Kilday*
    Bruce A Kilday

Attorneys for Defendants

5:

1  **IT IS SO ORDERED.**

3  **Date:  4/4/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge