SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
LESLIE C. MEHTA – 258512
SUMANA COOPPAN WOLF– 267967
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104-4166
Telephone: (415) 982-2600
Facsimile: (415) 358-4562

Attorneys for Plaintiff MICHEAL JONATHON DANIELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL JONATHON DANIELS,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF FOLSOM, SERGEANT ANDREA CHAPMAN, POLICE CHIEF SAM SPIEGEL, SHARON BLACKBURN, SERGEANT RICK HILLMAN, FOLSOM POLICE DEPARTMENT FIELD OPERATIONS DIVISIONS CAPTAIN PAUL BONAVENTURE, CITY MANAGER KERRY MILLER, OFFICER WARNER HERNDON, OFFICER C. FRIEDERICH, OFFICER JAMES DORRIS, OFFICER H.R. ALVAREZ, OFFICER PAUL RICE, and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 2:10-CV-00630-GEB-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF ALL DISCOVERY AND PRETRIAL DATES AND DEADLINES TO FACILITATE MEDIATION** |

[623482-3]

**IT IS HEREBY STIPULATED** by and between plaintiff Micheal Jonathon Daniels ("Plaintiff"), through his counsel of record, and defendants City of Folsom, Sergeant Andrea Chapman, Police Chief Sam Spiegel, Sharon Blackburn, Sergeant Rick Hillman, Folsom Police Department Field Operations Divisions Captain Paul Bonaventure, City Manager Kerry Miller, Officer Warner Herndon, Officer C. Friederich, Officer James Dorris, Officer H.R. Alvarez, Officer Paul Rice ("Defendants") (collectively, the "Parties"), through their counsel of record, as follows:

1. Pursuant to Local Rule 144(b), the Parties have previously obtained two extensions of time with respect to the Scheduling Order in this matter. The first request was filed on December 27, 2011 [*See* Docket No. 23, Stipulation and [Proposed] Order Regarding Continuance of Trial Date and Extension of All Discovery and Dispositive Motion Deadlines]. It was approved by the Court on January 5, 2012 [*See* Docket No. 24, Minute Order], except that the Pretrial Conference was rescheduled to December 10, 2012 at 1:30 p.m., the Pretrial Statement was rescheduled for seven days prior to the revised hearing date, and the Trial Date was rescheduled to March 12, 2013 at 9:00 a.m. The second request to facilitate mediation was filed on April 4, 2012 [*See* Docket No. 25, Stipulation to Extend Deadlines to Complete Discovery and [Proposed] Order Thereon] but not the trial and motions dates. It was approved by the Court on April 5, 2012 [*See* Docket No. 26, Stipulation to Extend Deadlines to Complete Discovery and Order Thereon].

2. The Parties seek additional adjustment of the trial and other dates to further facilitate mediation and possible early settlement of the action, which would result in savings to the Court and Parties.

3. On April 16, 2012, the Parties participated in a mediation of this matter before Honorable Fred K. Morrison (Ret.) of JAMS, 2520 Venture Oaks Way, Suite 400, Sacramento, CA 95833. Although the case did not settle at that mediation session, the Parties made progress towards potential settlement. To further explore early settlement, the Parties have agreed to conduct expedited and limited additional focused discovery over

[623482-3]

1

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF ALL DISCOVERY AND PRETRIAL DATES AND DEADLINES TO FACILITATE MEDIATION

the next month, culminating in a second mediation session on May 29, 2012.  To allow time for this second mediation session, and for additional discovery if settlement does not occur at that time, the Parties seek additional continuance of the trial and related dates.

4. **WHEREFORE, IT IS HEREBY STIPULATED** by and between the Parties through their respective counsel that the trial date presently set for March 12, 2013 be continued 63 days and set to May 14, 2013, or the earliest date thereafter convenient to the Court, and that other dates be adjusted as presented in paragraph 6 below.

5. **IT IS HEREBY FURTHER STIPULATED** that if the Court selects a trial date other than May 14, 2013, all discovery and dispositive motion deadlines leading up to trial should be adjusted accordingly so that the number of days between each deadline and the trial date is not less than in the present or proposed schedule.

6. **IT IS HEREBY FURTHER STIPULATED** that if the Court approves a trial date of May 14, 2013, the discovery and dispositive motion deadlines shall be modified as follows:

| EVENT | CURRENT DEADLINE | NEW DATE SOUGHT |
|---|---|---|
| Close of Fact Discovery | July 3, 2012 | **September 4, 2012** |
| Deadline for Expert Disclosure and Reports | July 17, 2012 | **September 18, 2012** |
| Deadline for Rebuttal Expert Disclosures and Reports | August 8, 2012 | **October 10, 2012** |
| Close of Expert Discovery | September 12, 2012 | **November 14, 2012** |
| Last day for Court to Hear All Dispositive Motions (except motions for continuances, temporary restraining orders or other emergency applications) | October 22, 2012 | **December 17, 2012** |
| Final Pretrial Conference | December 10, 2012 at 1:30 p.m. | **February 11, 2013 at 1:30 p.m.** |
| Trial Begins | March 12, 2013 at 9:00 a.m. | **May 14, 2013 at 9:00 a.m.** |

/ / /

/ / /

/ / /

[623482-3]

2

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF ALL DISCOVERY AND PRETRIAL DATES AND DEADLINES TO FACILITATE MEDIATION

1  **IT IS SO STIPULATED.**

2                                       Respectfully submitted,

3  DATED: April 24, 2012                ROSEN, BIEN & GALVAN, LLP

5                                       By: */s/ Sanford Jay Rosen*
6                                            Sanford Jay Rosen

7                                       Attorneys for Plaintiff MICHEAL JONATHON DANIELS

9  DATED: April 24, 2012                ANGELO, KILDAY & KILDUFF

11                                      By: */s/ Bruce A. Kilday*
                                             Bruce A. Kilday

13                                      Attorneys for Defendants

15                          **ORDER**

16  **IT IS SO ORDERED.**

17  **Date: 4/25/2012**

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

[623482-3]

3
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF ALL DISCOVERY AND PRETRIAL DATES AND DEADLINES TO FACILITATE MEDIATION