1 | SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
2 | LESLIE C. MEHTA – 258512
SUMANA COOPPAN WOLF– 267967
3 | ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
4 | San Francisco, California  94104-1823
Telephone:   (415) 433-6830
5 | Facsimile:    (415) 433-7104

6 | GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
7 | 155 Montgomery Street, Suite 901
San Francisco, California  94104-4166
8 | Telephone:   (415) 982-2600
Facsimile:    (415) 358-4562

10 | Attorneys for Plaintiff MICHEAL JONATHON DANIELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHEAL JONATHON DANIELS, | Case No. 2:10-CV-00630-GEB-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS SERGEANT ANDREA CHAPMAN, POLICE CHIEF SAM SPIEGEL, SHARON BLACKBURN, SERGEANT RICK HILLMAN, FOLSOM POLICE DEPARTMENT FIELD OPERATIONS DIVISIONS CAPTAIN PAUL BONAVENTURE, CITY MANAGER KERRY MILLER, OFFICER WARNER HERNDON, OFFICER C. FRIEDERICH, OFFICER JAMES DORRIS, OFFICER H.R. ALVAREZ, OFFICER PAUL RICE, AND DOES 1 THROUGH 50. ONLY** |
| v. | |
| CITY OF FOLSOM, SERGEANT ANDREA CHAPMAN, POLICE CHIEF SAM SPIEGEL, SHARON BLACKBURN, SERGEANT RICK HILLMAN, FOLSOM POLICE DEPARTMENT FIELD OPERATIONS DIVISIONS CAPTAIN PAUL BONAVENTURE, CITY MANAGER KERRY MILLER, OFFICER WARNER HERNDON, OFFICER C. FRIEDERICH, OFFICER JAMES DORRIS, OFFICER H.R. ALVAREZ, OFFICER PAUL RICE, and DOES 1 through 50, inclusive, | |
| Defendants. | |

[659701-4]

Plaintiff, by counsel, and Defendants Sergeant Andrea Chapman, Police Chief Sam Spiegel, Sharon Blackburn, Sergeant Rick Hillman, Folsom Police Department Field Operations Divisions Captain Paul Bonaventure, City Manager Kerry Miller, Officer Warner Herndon, Officer C. Friederich, Officer James Dorris, Officer H.R. Alvarez, Officer Paul Rice, and Does 1 through 50, by counsel, hereby stipulate and agree that Plaintiff's action against these Defendants (but not the City of Folsom) should be dismissed at this time with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

DATED:  August 8, 2012         Respectfully submitted,

                               ROSEN BIEN GALVAN & GRUNFELD LLP


                               By:  /s/ Sanford Jay Rosen
                                    Sanford Jay Rosen
                                    Attorneys for Plaintiff
                                    MICHEAL JONATHON DANIELS

DATED:  August 8, 2012         ANGELO, KILDAY & KILDUFF


                               By:  /s/ Bruce A. Kilday
                                    Bruce A. Kilday
                                    Attorneys for Defendants

[659701-4]

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL FOR DEFENDANTS CHAPMAN, SPIEGEL, BLACKBURN, HILLMAN, BONAVENTURE, MILLER, HERNDON, FRIEDERICH, DORRIS, ALVAREZ, RICE, AND DOES 1 THROUGH 50

# ORDER

**IT IS HEREBY ORDERED** that the action against the above named Defendants (but not the City of Folsom) is hereby dismissed with prejudice, with all parties bearing their own attorneys' fees and costs.

DATED: August ___, 2012

_____
GARLAND E. BURRELL, JR.
Judge of the United States District Court

[659701-4]

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL FOR DEFENDANTS CHAPMAN, SPIEGEL, BLACKBURN, HILLMAN, BONAVENTURE, MILLER, HERNDON, FRIEDERICH, DORRIS, ALVAREZ, RICE, AND DOES 1 THROUGH 50